IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE J. HAYS, | No. C-09-5247 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| CALIFORNIA HIGHWAY PATROL and THE STATE OF CALIFORNIA, | |
| Defendants | |

By order filed May 7, 2010, the Court dismissed plaintiff's complaint for failure to state a claim, and afforded plaintiff leave to file, no later than June 25, 2010, a First Amended Complaint. Plaintiff, however, has not filed a First Amended Complaint.

Accordingly, the instant action is hereby DISMISSED, and the Clerk shall close the file.

The August 27, 2010 Case Management Conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 22, 2010         /s/ Vaughn R Walker
                             VAUGHN R WALKER for
                             MAXINE M. CHESNEY
                             United States District Judge