IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAINE M. HOFFMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>INDYMAC BANK FSB, et al.,<br><br>    Defendants.<br>_____/ | No. C-10-0802 MMC<br><br>**ORDER VACATING AUGUST 6, 2010 HEARING ON DEFENDANTS' MOTION TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is defendants' motion to dismiss, filed May 27, 2010. Plaintiff has filed opposition, to which defendants have replied. Also before the Court is plaintiff's response to the Court's June 25, 2010 Order to Show Cause. Having read and considered the papers filed in support of and in opposition to the motion, as well as plaintiff's response to the Order to Show Cause, the Court deems the matters appropriate for decision on the parties' respective written submissions and VACATES the hearing scheduled for August 6, 2010.

Further, in light of the pendency of defendants' motion to dismiss, the Initial Case Management Conference is hereby CONTINUED from August 13, 2010 to October 8, 2010, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than October 1, 2010.

**IT IS SO ORDERED.**

Dated: July 28, 2010

                                                  MAXINE M. CHESNEY<br>
                                                  United States District Judge