**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 09-5247 MMC**   Hays v. California Highway Patrol
**C 10-0569 CRB**   Hays v. Humboldt Superior Court, et al.

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[   ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

The hearing scheduled for August 27, 2010 before the undersigned is VACATED.

**DATED**:  July 28, 2010

MAXINE M. CHESNEY
United States District Judge